IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN L. HARRIS III,

    Plaintiff,

v.

KAMALA HARRIS, Attorney General of the State of California, as in her official capacity, et al.,

    Defendants.

No. 2:11-cv-2186 GEB KJN PS

ORDER

    Plaintiff is proceeding without counsel in this action.[1] Plaintiff filed his original complaint (Dkt. No. 1) on August 17, 2011, and his First Amended Complaint (Dkt. No. 5) on August 18, 2011. Plaintiff properly filed his First Amended Complaint as a matter of right pursuant to Federal Rule of Civil Procedure 15(a)(1)(B).[2]

---

[1] This action was referred to the undersigned pursuant to Eastern District Local Rule 302(c)(21). (Dkt. No. 4.)

[2] Federal Rule of Civil Procedure 15(a) provides, in relevant part:

    **(a) Amendments Before Trial.**

        ***(1) Amending as a Matter of Course.*** A party may amend its pleading <u>once as a matter of course</u> within:

1

On August 22, 2011, plaintiff filed a "Second Amended Complaint." (Dkt. No. 7.) Before that filing, which constitutes a third version of his pleading, however, plaintiff did not seek leave of court. According to the court's docket, plaintiff also failed to obtain the written consent of the opposing parties regarding the filing of his Second Amended Complaint. Therefore, plaintiff's Second Amended Complaint (Dkt. No. 7) runs afoul of Federal Rule of Civil Procedure 15(a).[3]

Under Federal Rule 15(a), a plaintiff may amend his pleading only "<u>once</u> as a matter of course." Fed. R. Civ. P. 15(a) (emphasis added). Plaintiff exhausted his single amendment as a matter of right when he filed his First Amended Complaint (Dkt. No. 5). <u>Id.</u> Accordingly, plaintiff's Second Amended Complaint (Dkt. No. 7) was improperly filed and is of no legal effect, and the court will strike that pleading pursuant to Federal Rule of Civil Procedure 12(f)(1) and the court's inherent power.

////

---

    **(A)** 21 days after serving it, or

    **(B)** if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.

    ***(2) Other Amendments.*** In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

Fed. R. Civ. P. 15(a)(1) (underlining added).

[3] Plaintiff, who has represented himself as a "law school graduate" and "former clerk," (Dkt. No. 2), is directed to familiarize himself with the Federal Rules of Civil Procedure and the Eastern District Local Rules. Litigants proceeding without counsel, also known as pro se litigants, are bound by the rules of litigation procedure. <u>King v. Atiyeh</u>, 814 F.2d 565, 567 (9th Cir. 1987). Eastern District Local Rule 183, governing persons appearing without counsel, provides that failures to comply with the Federal Rules of Civil Procedure and the Local Rules may be grounds for dismissal or other appropriate sanctions. Similarly, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." <u>Ghazali v. Moran</u>, 46 F.3d 52, 53 (9th Cir. 1995).

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. Plaintiff's Second Amended Complaint (Dkt. No. 7) is stricken. The First Amended Complaint (Dkt. No. 5) serves as the operative complaint in this matter. If plaintiff wishes to file an amended pleading, plaintiff is directed to comply with Federal Rule of Civil Procedure 15(a)(2) and Eastern District Local Rule 137(c).

**IT IS SO ORDERED**.

DATED: August 24, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE