IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN L. HARRIS III,

    Plaintiff,

v.

KAMALA HARRIS, Attorney General of the State of California, as in her official capacity, et al.,

    Defendants.

No. 2:11-cv-2186 GEB KJN PS

ORDER

/

        Plaintiff is proceeding without counsel in this action.[1] Plaintiff filed his original complaint (Dkt. No. 1) on August 17, 2011, and his First Amended Complaint (Dkt. No. 5) on August 18, 2011. Plaintiff filed his First Amended Complaint as a matter of right pursuant to Federal Rule of Civil Procedure 15(a)(1)(B).

        On August 22, 2011, plaintiff filed a "Second Amended Complaint." (Dkt. No. 7.) Because that filing constituted a third version of his pleading, and because plaintiff had not sought leave of court with respect to such a pleading, on August 24, 2011, the undersigned issued an order striking that pleading *sua sponte*. (Dkt. No. 9.) That order also reminded plaintiff of his

---

[1] This action was referred to the undersigned pursuant to Eastern District Local Rule 302(c)(21). (Dkt. No. 4.)

1

1  obligations to comply with the Eastern District Local Rule 137(c) and Federal Rule of Civil
2  Procedure 15(a)(2).  (<u>Id.</u> at 3.)
3          On August 30, 2011, plaintiff filed a "Motion to Amend Complaint."  (Dkt. No.
4  11.)  Plaintiff properly filed a "[Proposed] Second Amended Complaint" in connection
5  therewith.  (Dkt. No. 12.)  However, plaintiff neglected to set the motion for a hearing date, and
6  accordingly, his filing is in violation of Local Rule 230(b).
7          Plaintiff initiated this action on August 17, 2011.  (Dkt. No. 1.)  To date, nothing
8  on the court's electronic docket suggests that plaintiff has completed service of any of his various
9  pleadings upon any of the eleven named defendants.  The court has no way of ascertaining
10 whether any defendants have been served, and it is possible that some or all of the defendants
11 may have objections to plaintiff's amending his pleading yet again.  Plaintiff represents that "[n]o
12 Defendant has filed an answer to the Plaintiff's stricken complaint," (Dkt. No. 11 at 4), but
13 plaintiff has not clarified whether any defendant has yet been *served* with that pleading (or any
14 other versions of his pleading) in this case.  Similarly, while plaintiff frames his proposed
15 amended pleading as "<u>not</u> substantially different from the original complaint in regard to the
16 alleged violation of rights or the relief demand[ed]" and states that his "objective was to correct
17 typographical errors and state the facts with more clarity, without prejudice to any of the
18 Defendants," the court is not prepared to assume that the requested amendment would not
19 prejudice any defendant.  (<u>Id.</u> at 3-4 (emphasis in original).)
20         Given plaintiff's failure to properly notice his Motion to Amend the Complaint
21 (Dkt. No. 11) and the court's inability to ascertain from the docket whether plaintiff has served
22 *any* of his pleadings upon the named eleven defendants in this action, on or before <u>September 23,</u>
23 <u>2011</u>, plaintiff is HEREBY ORDERED TO:
24         1. File a signed declaration (the "Declaration") describing:
25            (a) which defendants, if any, plaintiff has served with process in this case;
26            (b) what version(s) of plaintiff's pleadings, if any, each such defendant

was served;

(c) the date(s) of such service; and

(d) the method(s) of service used.

If, on the other hand, plaintiff has not yet completed service upon any defendant in this action, plaintiff's Declaration should clarify that service has not yet occurred. The content of plaintiff's Declaration will determine whether the undersigned takes the pending Motion to Amend the Complaint (Dkt. No. 11) under submission upon the briefs and without a hearing in accordance with Local Rule 230(g), or, alternatively, sets the motion for a hearing date so as to permit served defendants to timely oppose that motion.

**IT IS SO ORDERED**.

DATED: September 7, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE