IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN L. HARRIS, III,** | Case No. 2:11-cv-02186-KJN (PS) |
| Plaintiff, | [~~PROPOSED~~] **ORDER** |
| v. | |
| **KAMALA HARRIS, Attorney General of the State of California, as in her official capacity, et al.,** | |
| Defendants. | |

For good cause shown, defendants' unopposed request for an extension of time (Dkt. No. 41) is HEREBY GRANTED, and Defendants' time to respond to Plaintiff's Third Amended Complaint is extended up to and including to June 22, 2012.

IT IS SO ORDERED.

**Date: June 1, 2012**

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE